JOHN FARRELL et al., Plaintiffs, and EDWARD T. MULLI-GAN, Appellant, *v.* JENNIE M. BRADY, Defendant, and MARY E. T. DUNN et al., as Executrices of JOHN J. BRADY, Deceased, Respondents.

*Appeal dismissed— unanimous affirmance.*

*Farrell* v. *Brady*, 191 App. Div. 333, appeal dismissed.
(Submitted September 27, 1920; decided October 5, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1920, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous; that constitutional questions were not involved and that permission to appeal had not been obtained.

*Thomas C. Patterson* for motion.

*Edward T. Mulligan* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

---

HOWARD STREETER, Respondent, *v.* EUGENE N. FOSS, Appellant.

*Appeal — motion to dismiss on ground that exceptions were frivolous denied.*

Reported below, 190 App. Div. 891.
(Argued September 27, 1920; decided October 5, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1920, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the exceptions were frivolous.

*William S. Haskell* for motion.

*Omri F. Hibbard* opposed.

Motion denied, with ten dollars costs.